UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAITLIN NICOLE PETERS,, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES ERVIN, ET AL., <br><br> Defendants. | No.  2:23-cv-00684-DAD-CKD PS <br><br> ORDER TO SHOW CAUSE |

     On January 22, 2024, the court granted plaintiff's motion for extension of time to file a Second Amended Complaint.  (ECF No. 9.)  Plaintiff was ordered to file a Second Amended Complaint within 28 days; i.e., by February 19, 2024.  (Id.)  Plaintiff was cautioned that failure to timely comply with the order would result in a recommendation that this action be dismissed.  (Id.)  The court's docket reflects that the court's order was emailed to plaintiff at uni_911@outlook.com; however, as the email bounced back, the court's order was mailed to plaintiff on January 23, 2024.

     The applicable deadline has now passed, and the court's records show that plaintiff failed to file either an Second Amended Complaint or a notice of voluntary dismissal.  The court has considered whether this action should be dismissed at this juncture due to this failure.  Nevertheless, in light of plaintiff's pro se status, and the court's desire to resolve the action on the merits, the court first attempts lesser sanctions by issuing this order to show cause.

Accordingly, IT IS ORDERED that:

1. Within 14 days of the date of this order, plaintiff shall show cause in writing why this action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiff's failure to comply with the court's order and failure to prosecute this case;

2. Within 14 days of the date of this order, plaintiff shall file a Second Amended Complaint, or a notice of voluntary dismissal, in compliance with the court's January 22, 2024 order;

3. Within 14 days of this order, if plaintiff still wishes to receive service of documents electronically pursuant to ECF No. 7 (order granting plaintiff's request to participate in electronic filing with respect to service of documents), plaintiff shall inform the clerk of court of a functioning email address; and

4. Failure to timely comply with the terms of this order will result in a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated: February 29, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,pete.0684

2