UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAITLIN NICOLE PETERS, | No. 2:23-cv-00684-DAD-CKD (PS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| CHARLES ERVIN, | |
| Defendants. | (Doc. No. 11) |

Plaintiff Caitlin Nicole Peters is proceeding *pro se* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 21, 2024, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(b) due to plaintiff's failure to prosecute this action. (Doc. No. 11.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 4.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

1

1     Accordingly:

2     1.  The findings and recommendations issued on March 21, 2024 (Doc. No. 11) are
3         adopted in full;
4     2.  This action is dismissed, with prejudice, due to plaintiff's failure to prosecute this
5         action; and
6     3.  The Clerk of the Court is directed to close this case.
7     IT IS SO ORDERED.
8
      Dated:    **April 16, 2024**              /s/ Dale A. Drozd
9                                               DALE A. DROZD
                                                UNITED STATES DISTRICT JUDGE