## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CAITLIN NICOLE PETERS – PRO SE E–SERVICE, ET AL.,**

CASE NO: **2:23–CV–00684–DAD–CKD**

v.

**CHARLES ERVIN, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/17/2024**

**Keith Holland**
Clerk of Court

ENTERED: **April 17, 2024**

by: /s/ A. Woodson
Deputy Clerk